Magistrate Judge

```
_____FILED_____LODGED
            RECEIVED

      JAN 26 2015

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JENNIFER A. KEHOE,

                Defendant.

NO.  CR14-5025

ORDER FOR DISMISSAL
(PRETRIAL DIVERSION)

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in the above-captioned case.  The defendant, JENNIFER A. KEHOE, has successfully completed the Pretrial Diversion Program.

      DATED this _26th_ day of _January_, 2015.

                Respectfully submitted,

                ANNETTE L. HAYES
                Acting United States Attorney

                BARBARA J. SIEVERS
                Assistant United States Attorney

      Leave of Court is GRANTED for the filing of the foregoing dismissal.

      DATED this _26th_ day of _January_, 2015.

                UNITED STATES MAGISTRATE JUDGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970